Morgan Lewis

**Michael S. Kraut**
Partner
+1.212.309.6927
michael.kraut@morganlewis.com

July 8, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Logan v. Primerica Advisors, No. 1:26-cv-04995

Dear Judge Liman:

We write on behalf of Defendant Primerica Advisors to respectfully request that the Court stay Defendant's time to respond to the Complaint pending adjudication of a motion that was filed yesterday in the United States District Court for the Eastern District of California in a case styled as *PFS Investments Inc. d/b/a Primerica Advisors et al v. Logan et al* (Case No. 1:26-cv-04553-FJS). The motion (attached at Exhibit A) seeks an order enjoining this case from proceeding during the pendency of a statutory interpleader action concerning the ownership of the identical assets that are the subject of this case. Unlike this case, the interpleader action names as a party the person besides Plaintiff who claims an interest in the assets. If the Court is not inclined to enter an indefinite stay, Defendant requests in the alternative that the Court extend Defendant's time to respond to the Complaint by sixty days.

Pursuant to Rule 1(D) of Your Honor's Individual Practices in Civil Cases, Defendant states as follows:

1. The deadline for Defendant to answer, move, or otherwise respond to the Complaint originally was June 19, 2026 and was extended to July 10, 2026 (Dkt. No. 6).

2. This is the second request for an extension of Defendant's time to answer, move, or otherwise respond to the Complaint.

3. Plaintiff does not consent to the relief sought in this letter because this action was filed before the interpleader action was filed in California (but shortly after Primerica

> had informed Plaintiff that the dispute between the two claimants over the assets would need to be worked out to avoid an interpleader). Specifically, Plaintiff responded as follows: "The pendency of the subsequently filed California interpleader action provides no basis to stay this action or suspend Primerica's obligation to respond to the Complaint. To the contrary, Primerica commenced the California action more than a month after Ms. Logan commenced this action, and Primerica's request for an injunction in that action is vigorously contested. Primerica should not be permitted to delay this action based on relief it is simultaneously seeking—but has not obtained—in another forum."

We thank the Court for its consideration.

Respectfully submitted,

Michael S. Kraut

Defendant's motion for an extension is granted in part and denied in part. The time for Primerica Advisors to answer, move, or otherwise respond to the complaint is extended to the earlier of September 9, 2026, or two weeks after a decision by the United States District Court for the Eastern District of California on the motion for an injunction without prejudice to an application for a further extension should that court not have ruled on the motion for an injunction by September 9, 2026. (For avoidance of doubt, should the Eastern District of California enjoin Plaintiff from prosecuting this action, Defendant shall be relieved of the obligation to respond to the complaint.) The Clerk of Court is respectfully directed to close the motion at Dkt. No. 7.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

July 14, 2026